UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 17 2015
Clerk, U.S. District and
Bankruptcy Courts

LeROY K. WHEELER, )
)
Plaintiff, )
) Case: 1:15-cv-01512
) Assigned To : Unassigned
v. ) Assign. Date : 9/17/2015
) Description: Pro Se Gen. Civil F Deck
SCOTT S. HARRIS, )
)
Defendant. )
)

## MEMORANDUM OPINION

According to the plaintiff, the Clerk of the Supreme Court of the United States has denied access to the courts in violation of the First Amendment to the United States Constitution by refusing to allow plaintiff to proceed *in forma pauperis*. *See* Compl. at 5. He asks this Court "[t]o reverse the bar[] placed by the Defendant . . . , allow for more probing screening on *pro se* prisoner complaints and redefine a frivolousness determination," among other relief, *id.*

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 9/16/15

United States District Judge

